**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

2:26-cv-00408

MTrans Services, Inc.

              Plaintiff(s),

vs.

GFI Nevada and Jason Alan Mullen

              Defendant(s).

Case # _____

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

**FILING FEE IS $250.00**

_____Ke rrann Sheppard_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

The Law Offices of Sheppard & Associates
(firm name)

with offices at _____188 Amberglen Dr._____,
(street address)

_____Sacramento_____, _____California_____ ⊕, _____95823_____,
(city)            (state)          (zip code)

_____(800)935-9609_____, _____kerrannsheppard@ksheppardandassociates.com_____.
(area code + telephone number)        (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____MTrans Services, Inc._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____November 2009_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | November 20, 2009 | 264709 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

None

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF <u>California</u>           )
                                      )
COUNTY OF _____Sacramento_____ )

_____Kerriann Sheppard_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____4th_____ day of _____Febraury_____, 2026 .

_____
Notary Public or Clerk of Court

*See Attached Notarial Certificate*

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Martin Welsh_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

__The Law Office of Hayes & Welsh 199 N. Arroyo Grande Blvd., Suite 200__,
(street address)

_____Henderson_____, _Nevada_____, _89074_,
(city)                        (state)                (zip code)

_____(702)434-3444_____, _____mwelsh@lvlaw.com_____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Martin Welsh _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

MTrans Services, Inc. Prisedent, Jasmeen Kaur

(type or print party name, title)

_____

(party's signature)

MTrans Services, Inc., President

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

8720                          mwelsh@lvlaw.com

Bar number                   Email address

APPROVED:

Dated: this __19th__ day of ____February____, 20 _26_.

_____

UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    }

COUNTY OF _Sacramento_    }

Subscribed and sworn to (or affirmed) before me on this ___4th___ day of ___February___, ___2026___
                                                                    Date                    Month                    Year

by _Kerriann   Sheppard_

_____
Name of Signers

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

Signature of Notary Public

ORENZY NUNEZ
COMM. # 2501557
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES OCT. 6, 2028

Seal
Place Notary Seal Above

-------------------------------------------------- OPTIONAL --------------------------------------------------

_Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document:_____

Document Date:_____

Number of Pages:_____

Signer(s) Other Than Named Above:_____

ON

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

(With Complaint Check Attached)

**ISSUE DATE:** 2/6/2026

**LICENSEE NAME:** Kerriann Erica Sheppard

**LICENSEE BAR NUMBER:** 264709

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/1/2009

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Kerriann Erica Sheppard's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

State Bar No: 264709          Name: Sheppard, Kerriann

| Case Number | Case Origin Date | Status Date | Case Status | Complaining Witness | Allegations |
|---|---|---|---|---|---|
| 24-O-19815 | 7/15/2024 | 8/26/2025 | Investigation - Closed - Closure With Diversion | U.S. Bank | [1] Case Initiation Charge<br><br>[2] 1.15(a) - Failing to Maintain in Client Trust Account Funds Received/Held for Client/Other Person<br><br>[2] 1.15(a) - Failing to Maintain in Client Trust Account Funds Received/Held for Client/Other Person<br><br>[3] 1.15(c) - Commingling: Depositing Funds Belonging to Attorney/Firm in Client Trust Account |

State Bar No: 264709      Name: Sheppard, Kerriann

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved." (Rules Proc. of State Bar, rule 5.4(13).) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court. Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.