BRANDON D. WRIGHT
Nevada Bar No. 13286
Brandon.Wright@lewisbrisbois.com
J. RANDALL STEPHENSON
Nevada Bar No. 8275
Randy.Stephenson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256

*Attorneys for Defendants GFI NEVADA, LLC
and JASON ALAN MULLENS*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MTRANS SERVICES, INC., | Case No. 2:26-CV-00408-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND APPEARANCE OF DEFENDANT GFI NEVADA, LLC, and DEFENDANT JASON ALAN MULLENS** |
| vs. | |
| GFI NEVADA, LLC; and JASON ALAN MULLENS, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED among the parties in the above-entitled action, by and between the parties and their counsel of record, that the Court enter an Order Extending the Appearance of Defendant GFI Nevada, LLC., and Jason Alan Mullens in the above captioned matter as follows:

1. Defendant GFI Nevada, LLC, and Defendant Jason Alan Mullens were served with the Summons and Complaint on February 25, 2026.

2. Pursuant to FRCP 12(a)(2), Defendants' current deadline to file and serve an Answer or otherwise respond to the Complaint is March 18, 2026.

3. The Parties have filed with this Court under separate cover a Stipulation and Proposed Order for an Intradistrict Transfer to the Northern Division (Reno) from the Southern Division (Las Vegas).

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173592934.3

4. The Parties agree that Defendants shall have an extension of time up to and including two (2) weeks after entry of the Order for the Intradistrict Transfer referenced above within which to file and serve an Answer or otherwise respond to the Complaint.

5. This stipulation is entered into in good faith and not for purposes of delay.

6. This is the first requested extension of time for Defendants to respond to the Complaint.

WHEREFORE, the Parties respectfully request that the Court enter the accompanying Order extending Defendants' time to respond to the Complaint and appear before the Court.

DATED this 18th day of March, 2026.

DATED this 18th day of March, 2026.

_____/s/ Kerrian E. Sheppard_____.
Kerrian E. Sheppard, Esq. (Pro Hac Vice)
LAW OFFICE OF SHEPPARD &
ASSOCIATES
188 Amberglen Drive
Sacramento, CA 95823
*Attorney for Plaintiff MTrans Services, Inc.*

_____/s/ Martin L. Walsh_____.
Martin L. Welsh, Esq. (SBN 8720)
THE LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
*Attorney for Plaintiff MTrans Services, Inc.*

DATED this 18th day of March, 2026.

_____/s/ Brandon D. Wright_____.
Brandon D. Wright, Esq. (SBN 13286)
J. Randall Stephenson, Esq. (SBN 8275)
LEWIS BRISBOIS BISGAARD & SMITH
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendants GFI NEVADA, LLC
and JASON ALAN MULLENS*

IT IS SO ORDERED.

DATED this 20 day of March_____, 2026.

_____.
UNITED STATES MAGISTRATE JUDGE
Case No. 2:26-CV-00408-BNW



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173592934.3

## Ligouri, Louise

| | |
|---|---|
| **From:** | Stephenson, Randy |
| **Sent:** | Wednesday, March 18, 2026 1:53 PM |
| **To:** | Martin Welsh |
| **Cc:** | kerriannsheppard@ksheppardandassociates.com; Wright, Brandon; Ligouri, Louise; Arata, Alissa |
| **Subject:** | RE: MTrans v. GFI Nevada, LLC, et al. - Proposed SAO's |

Hi Martin,

Thanks for getting back to me on this. We will attach both of your e-signatures and file today. Hopefully, no bounce back issues this time.

Thanks again for your attention and cooperation. It is much appreciated.

Best regards,
Randy

**From:** Martin Welsh <mwelsh@lvlaw.com>
**Sent:** Wednesday, March 18, 2026 1:30 PM
**To:** Stephenson, Randy <Randy.Stephenson@lewisbrisbois.com>
**Cc:** kerriannsheppard@ksheppardandassociates.com
**Subject:** Re: MTrans v. GFI Nevada, LLC, et al. - Proposed SAO's

EXTERNAL

Randy,

Kerriann and I have both reviewed both Stips.  You are authorized to affix both our e-signatures to each and file.

(I am hopeful that the email bounce back issues are corrected (maybe try responding here.))

Best,

Martin L. Welsh, Esq.
The Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd.
Suite 200
Henderson, Nevada 89074
(702) 960-4006 (direct)
(702) 434-3444 (office)
(702) 434-3739 (fax)
mwelsh@lvlaw.com

1